UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2019 JAN -4 P 12:51

U.

DERRICK GILLIAM

- V -

WARDEN BLACK (official and individual capacity);
OFFICER RIVERA (official and individual capacity);
OFFICER NEAVE (official and individual capacity);
OFFICERS JOHN DOE'S 1-10 and MORE JANE DOES (official
and individual capacity);
OFFICER MCCARTHY (official and individual capacity);
LIEUTENANT HERNANDEZ (official and individual capacity);
LIEUTENANT BISHOP (official and individual capacity);
LIEUTENANT ALLEN (official and individual capacity);
OFFICER SMUDIN (official and individual capacity);
OFFICER FINNUCIAN (official and individual capacity);
OFFICER GARGANO (official and individual capacity);
NURSE ANNE MARIE (official and individual capacity);
NURSE JANE DOE (official and individual capacity);
STATE TROOPER COSTELLA (official and individual capacity);
SCOTT SEMPLE (official and individual capacity);
CONNECTICUT STATE POLICE
CONNECTICUT DEPARTMENT OF CORRECTIONS
UCCON HEALTH

VERIFIED
AMENDED COMPLAINT
PURSUANT TO
42 U.S.C § 1983

Civil Dkt No=
3:18-cv-01740-SRU

JURY TRIAL
DEMANDED

## JURISDICTION

This Action is being brought under the Jurisdiction of 42 USC § 1983/
1985/1986.

- PLAINTIFF seeks concurrent / supplemental Jurisdiction in
Claims Sounding in State Law.

- 1 -

No Previously Dismissed Federal Civil Actions or Appeals

Parties

Plaintiff : (A) Derrick D. Gilliam #22857-014
            Address = U.S.P Allenwood
                      P.O. Box 3000
                      White Deer, PA 17887

Defendants : (A) Warden Black
             Address = Bridgeport Correctional Center (BCC)
             - Warden Black failed to properly train employees
             under her command, despite knowledge of wide spread
             PREA violations, failure to I/M's constitutional
             Right to access to courts, inter Alia.

             (B) Officer Rivera
             Address = Bridgeport Correctional Center (BCC)
             - Sexually assaulted Plaintiff, physically assaulted,
             harrassed, used excessive force, and created
             a hostile, unsafe living conditions against
             Plaintiff in violation of 8th & 14th Amend. subjected,
             plaintiff to unlawful Search and seizure in violation
             of 4th Amed.

(C) Officer Neave

Address= Bridgeport Correctional Center (BCC)
- Assaulted, retaliated and violated Plaintiffs 8th & 14th Amend Rights, PREA and created hostile living conditions. Retaliated against Plaintiff for lodging sexual complaint against defendant. Excessive force.

(D) Officer's John Doe's I-10 and more Jane Does

Address = Bridgeport Correctional Center (BCC)
- Excessive force, Harrassed Plaintiff, Retaliated against Plaintiff for lodging sexual complaint against fellow officers, Inter Alia, in violation of 8th & 14th Amend Rights.

(E) Officer McCarthy

Address = Bridgeport Correctional Center (BCC)
- Harrassed plaintiff. PREA, sexual harrassment, disregarded conscious Risk to I/m health and Safety after creating such risk knowing that harm will result. In violation of $3^{th}$ & $14$ Amend Rights.

(F) Lt. Hernandez

Address = Bridgeport Correctional Center (BCC)
- Used Excessive force on Plaintiff, Interffered with Medical treatment and allowed plaintiff to suffer needlessly in pain, hindered plaintiff's access to court by precluding plaintiff from filing grievances / Prea complaint against staff wrong doing. In violation of 8th & 14th Amend.

(G) Lt. Bishop
   Address= Bridgeport Correctional Center (BCC)
   - Violated Plaintiffs 8th & 14th Amend Rights by
   retaliating against Plaintiff for lodging complaints
   against herself, fellow officers, Inter Alia.

(H) Lt. Allen
   Address= Bridgeport Correctional Center (BCC)
   - violated Plaintiffs 8th & 14th Amend Rights by Retaliating
   against Plaintiff for lodging complaints against himself,
   fellow officers, hindered access to Court by precluding
   Plaintiff from filing grievances against Staff wrongdoings.
   Created hostile living conditions when defendant accused
   Plaintiff of lying on Staff for a sexual assault.

(I) officer Smudin
   Address= Bridgeport Correctional Center (BCC)
   - Used Excessive force on Plaintiff, Assaulted and allowed
   Plaintiff to suffer needlessly in pain. In violation of 8th
   & 14th Amend Rights.

(J) Officer Finnucan
   Address= Bridgeport Correctional Center (BCC)
   - Used Excessive force, Assaulted Plaintiff, Harrassed and
   allowed plaintiff to suffer needlessly in pain. In violation
   of 8th & 14th Amend Rights.

(K) officer Garganna
   Address= Bridgeport Correctional Center (BCC)
   - Used Excessive force, Assaulted plaintiff, allowed plaintiff
   to suffer needlessly in pain. In violation of 8th & 14 Amend Rights.

(L) Nurse Anne Marie
Address = UCCON Health
C/o Bridgeport Correctional Center (BCC)
- Allowed Correctional officials to interfere with medical
  treatment, and allowed Plaintiff to suffer Needlessly
  in pain.

(M) Nurse Jane Doe
Address = Uccon Health
C/o Bridgeport Correctional Center (BCC)
- Allowed correctional officials to interfere with medical
  treatment, and allowed plaintiff to suffer Needlessly in pain.

(N) State Trooper Castella
Address = 149 Prospect Street
          Bridgeport, CT 06604
- Tried to coerce Plaintiff to change his story, harrassed Plaintiff,
  Hinder his access to courts by precluding plaintiff from filing
  complaint against correctional officials wrongdoing. In violation
  of 6th, 8th & 14th Amends,

(O) Scott Semple - Commissioner
Address = C/o Bridgeport Correctional Center (BCC)
- Failure to adequently train, and supervise employees,
  allows violations to inmates Constitutional Rights of,
  4th, 6th, 8th, 14th Amends.

(P) Connecticut State Police
Address = 149 Prospect Street
          Bridgeport, CT 06604
- Failure to properly train and supervise employees.

(Q) Connecticut Department of Corrections
- Address = N/A
  - Failure to adequetly train, and supervise employees, allows violations to inmates Constitutional Rights of, 4th, 8th, 6th, 14th Amends.

(R) UCCON Health
Address = C/o Bridgeport Correctional Center
- Failure to properly train and supervise employees.

## Administrative Remedies

Plaintiff has exhausted Administrative Remedies through informal grievances to Warden Black and Internal Affairs.

## Complaint

(1) Derrick D. Gilliam is a Federal Prisoner who at the time of the herein complained of acts was confined at the Bridgeport Correctional Center (BCC) located in Bridgeport, Connecticut, as a pre-trial detainee.

(A) Gilliam's BCC # is 404511
    His Federal # is 22357-014
(B) Gilliam arrived at BCC on or about September 1, 2016 - Until October 26, 2016.

-6-

## Assault / Excessive Force Claims

(2) On or about September 19, 2016 Plaintiff was housed in BCC's memorial I unit.

A) Approx 60 Inmates are housed on the unit.

B) during the inmate count Plaintiff had to use the bathroom and got off his bunk and used the bathroom and returned to his bunk.

C) Officer Ibisevic became irrate and begin to yell at Gilliam upon returning to his bunk claiming Gilliam had committed a serious offense for getting off his bunk during count.

(i) Officer Ibisevic called the Lieutenant office to have Gilliam removed from the unit.

D) Officer warren arrived on the unit shortly after and escorted Gilliam to Lieutenants office.

(i) upon arrival at the Lt's office Lt's Bishop and Wilson were in the office and Lt Bishop began to call Gilliam a "fucking dummy that can't hold his urine for a few minutes"

(ii) Gilliam pleaded with Lt. Bishop to understand him and explain that he did not mean to cause a disturbance. Gilliam told Lt. Bishop he could not wait. Lt Bishop said "don't worry, you will be going to a cell with a toilet to help you learn".

(3) Lieutenant Bishop Directed Officer Warren to take Gilliam to the Ap room.

(i) Ap Room is where I/m's enter and exit facility for court there are approx 5 holding cells located in that area.

(4) Once I arrived in the AP Room I was met by officers Finnucan, smudin and gargona. Officer Warren left the AP room.

(i) I begin to worry and fear for my safety, As the officers surrounded me. I kept asking "why was I here?" the officers Stated were going to "ruff you up a little bit and fuck you up".

(ii) I became physically ill from fear and requested that the officers get me a lieutenat in the Ap room. They Just laughed.

(iii) officer smudin opened the cell door and told me to enter "so we can fuck you up".

(iv) officer gargona was on my left side and Officer Finnucan was behind me.

(5) when I refused to enter the cell, officer Finnucan put his right arm around my neck and begin choking me and the other two officers dragged me in the cell.

(i) The officers were calling me a "dumb nigger", and a punk.

(ii) Officer Finnucan let go after a few seconds and I fell to the ground. The officers left the cell and laughed at me outside the door, and closed it.

(iii) I was having difficulty breathing and pleaded with the officers to call medical so I can get my Asthma pump / treatment.

(iv) Plaintiff suffers from severe Asthma and is prescribed Albuteral and a nebulizer breathing treatment, he takes daily.

(6) Shortly after being thrown/dragged in the Hp room
Cell Lt. Bishop and officer Rivera arrived and opened
the cell door and placed handcuffs on me.

(i) Gilliam was visibly in pain and out of breathe. He
could barely talk, was experiencing an Asthma Attack.

(ii) Both Lt. Bishop and officer Rivera escorted Plaintiff
to 38 block (disciplinary block/unit). across from the Hp
room.

(iii) Once inside Lt. Bishop did not feel it was safe
to continue housing Gilliam in a cell without seeking
medical. She called medical and escorted me from the
38 block to medical.

7) upon arrival in the medical unit the nurse deemed my
condition as an emergency and immediately gave me
a breathing treatment, for my Asthma.(Nebulizer treatment).

(i) after taking the treatment the nurse took a report
and I explained to her that I was assaulted by officers
in the Hp room and placed in a chokehold and thats
what triggered my Asthma Attack.

(ii) The nurse informed Lt. Bishop that I could not be housed
in 38 unit/block due to my condition and that I would
need to be housed in medical unit (infirmory) to be walked
for the next 24 hours.

(iii) Plaintiff lodged a complaint with medical staff
and filed a grievance form, while house in medical.

(iv) Plaintiff never recieved a response from filing the
grievance.

8) On or about October 6, 2016 Plaintiff was housed in BCC's unit 37 B.

A) While at pill line, downstairs in the corridor in line with approx 10 other inmates.

(i) Nurse Andrea was administering the medication with officer miller standing right next to her on the right side.

(ii) Officer miller stands with the nurse to ensure inmates submit to a mouth check after recieving medication from the nurse.

(9) Once I recieved my medication (3 pills), I swallowed the pills and water and submitted to a mouth check to the nurse and officer miller. and hand check.

(i) mouth check consist of opening my mouth for the officer and nurse. Each inmate is required to do so after giving medication. and opening both hands.

(ii) Officer miller confirmed that I swallowed my meds and I proceeded to move out of the line. and walk away.

(iii) As soon as I turned away the Nurse (Andrea) Accused me of placing my medication in my pockets.

(iv) She shouted to the officer "He put it in his pocket!" !! I assured the nurse that I swallowed my meds and she was wrong for falsely accussing me of the violation.

(10) Officer miller also told the nurse that she was wrong and that he in fact observed plaintiff insert the medication in my mouth and swallow it. (All 3 pills).

(i) The 3 pills consist of 2 pink 750 mg Keppra (for seizures) & 1 green mental health pill for my depression and anxiety.

(ii) The nurse said "he put the pink pill in his pocket and swallowed the other 2.

(iii) After the nurse takes the medication out of the package she throws the packaging in the garbage. I looked in the trash attached to her cart and myself and the officer told the nurse she should check the trash and packaging but she refused.

(A) The nurse was adimit that i put a single pill in my pocket. Officer Miller asked me to remove everything out of my pockets in front of the nurse.

(B) I removed everything from my pockets to satisfy the nurse and officer. I had nothing in my pockets.

(C) The officer then ordered me to place both my hands on the wall in order to undergo a pat search. I placed both hands on the wall and the officer pat me down in front of the nurse. (There was nothing recovered)

11) During the search officer Neave was walking by and when officer Miller was done I turned around facing the officers. (officer Neave stopped with officer Miller)

(i) Officer Neave begin to shout at me calling me "A fucking idiot, check his pants leg"!!

(ii) Officer Miller said "Mr. Gilliam you are free to leave" But, officer Neave pushed me against the wall so hard I almost fell down, hitting my head against the wall.

(iii) Plaintiff filed a prea complaint against officer Neave about 1 week prior.

(iv) I yelled at Neave "Don't hurt me and I want to file a complaint against you", "you Idiot".

12) Lt. Hernandez (was running out of the office which was about 50 feet away and pushed me against the wall and placed handcuffs on me, behind my back and told officer Doe 2 to take me to the Ag Room.

(A) Once we arrived in the Ag room, about 3-5 minutes later officers John Does 1-10 and more Jane Does arrived. One officer had a video camera on hand and begin recording me.

(B) Lt. Hernandez ordered the officers to escort me to Disciplinary housing unit, across the hall from the Ag room.

i) The officers begin to proceed to the door. Officer Rivera was on my right side and officer Doe was on my left side and both holding one of my arms.

(ii) Before we exited the door officer Rivera begin slamming/ banging my head on the wall on the right side, just before the exit door.

(iii) I begin to feel severe pain to my head and light headed as I yelled for him to stop hurting me but he continued for a few seconds.

(iv) Lt. Hernandez watched and supervised the officers and none of them ever stopped officer Rivera from assaulting me.

-12-

13) Once inside the Disciplinary housing unit I was taken into a small bullpen with a small medal bench inside.

(i) I was order by Lt Hernandez to "Stand in front of the bench and get down on my knees and look at the wall. (still with the handcuffs on). I complied with the order.

(ii) Officer Rivera was standing on my right side and Officer Doe on my left side.

(iii) Lt. Hernandez said "We are going to do a controlled strip search", place your head and lay it on the bench", which I did.

14) Officer Rivera then grabbed my head with both of his hands and began banging my head on the medal bench.

(i) Officer Rivera continued to bang my head on the bench and I yelled and cried for him to stop.

(ii) I yelled to Officer Rivera I felt a seizure coming on.

(iii) Several minutes later I woke up. Apparently after a seizure episode, on the floor, with several officers standing over me including medical staff.

15) Nurse Anne Marie and another unknown nurse refused to provide medical treatment to me, despite my obvious head injury and complaints of severe pain.

(i) Lt Hernandez told the nurses not to treat me.

(ii) Lt Hernandez ordered back on my knees in front of the bench which I complied.

16) Once on my knees, face down on the bench the officers (Rivera and Doe) begin to remove my pants and underwear off of me.

(i) The handcuffs never were removed, during or after my seizure.

(ii) Once my underwear were removed Officer Rivera stuck his finger in my rectrum searching for a pill.

(iii) This caused severe pain to my rectrum and I begin to yell and plead with the Lt. to intervene but he refused.

(iv) After removing all of my clothing and switching me into an orange jumpsuit the officers never found any medication.

17) The officers then picked me up and escorted me into cell #7 where I remained housed with another inmate. The officers called me names, laughed and taunted me at the cell door.

(i) I had no underwear on and asked for some but the officers continued to laugh and call me racial slurs.

(ii) Plaintiff's rectrum was very painful, which caused me to seek medical attention.

(iii) Plaintiff could not moves his bowels for several days.

18) On that same day about an hour later Plaintiff made the officer Doe on the unit aware of the medical attention I was in need of. Also, that I had been sexually, physically assaulted by the officers and need to make a complaint and asked for a Lt and to been seen my medical.

(i) Officer Doe told plaintiff to write a request.

(ii) Plaintiff was never given a request slip from the officer.

19) On or about October 7, 2016 at about 8:30 a.m. While housed in unit 33, cell #7 Lt Gardino was making a walk through the unit.

(i) Plaintiff informed the Lt of the violations and that he needed medical attention, Lt. Gardino said "ok" and never returned.

(ii) later that day Lt. Allen was making a walk through. Plaintiff informed Lt. Allen of his new violation.

(iii) In a menacing tone Lt Allen said "Your a fucking Liar, I've known officer Rivera for years and he would never do that". He left the unit.

20) On or about October 3, 2016 Counselor Ferreia allowed Plaintiff to make a legal call to my attorney. Counselor, would not allow me to call the prea hotline.

(i) Counselor Ferreia gave me several grievances to fill out and request slips.

(ii) Plaintiff placed grievances in the mailbox and medical request slip to medical

21) On or about October 9, 2016 Lt. Miranda was making his walkthrough in unit 38.

(i) plaintiff informed Lt. Miranda of his injuries.

(ii) Lt. Miranda took me out the cell and escorted me to medical to be seen by medical stuff.

(iii) The Doctor examined plaintiff and deemed his rectum was tender and also plaintiff's head for pain and prescribed medication for pain.

22) Lt. Miranda then escorted Plaintiff to unit 38 and into the counselors office, where he took a formal Prea complaint for the sexual assault that took place against plaintiff several days prior.

(A) Plaintiff was taken back to cell #7. Lt Miranda assured me that he will file complaint.

23) On or about October 12, 2016 Plaintiff seen the Disciplinary officer Lopez. for a hearing.

(i) Plaintiff recieved several disciplinary reports from officer involid in the assaults against plaintiff.

(ii) Officer Lopez told plaintiff he should plead guilty because if not Plaintiff would sit in the lock up unit for up to 30 days if he plead not guilty.

(iii) officer Lopez became visibly upset and said "since you don't want to plead guilty, I will be back when you changed your mind". He left the hearing and had me returned back to the cell.

24) For 2 additional Plaintiff remained in disciplinary housing (32 unit) before officer Lopez returned

(i) This added to the anxiety, stress and harrassment Plaintiff was already experiencing.

(ii) Plaintiff experienced sleepness nights and felt physically ill from fear from the officers, At times plaintiff felt suicide.

25) On or about October 14, 2016 Officer Lopez returned to unit 33 block to conduct a disciplinary hearing.

(i) at that time officer Lopez told plaintiff to just plead guilty because I would get out of disciplinary housing the same day and back to a regular unit.

(ii) Although Plaintiff did not believe he was guilty, he plead guilty to the charge so he could leave disciplinary unit. and use the telephone.

(iii) After pleading guilty, plaintiff was housed in general population unit 37 B.

26) Once Plaintiff was in the housing unit and allowed to use the phone I called the state police PREA line to lodge a complaint, from the inmate phone on the unit.

(i) Plaintiff called the police because BCC officials appeared not to be impartial.

(ii) The Trooper on the phone took my complaint and said "A trooper will be at the jail to see me in about 30 minutes.

(iii) Shotly after Plaintiff ended the called, he returned back to his cell and was called out of the cell by the unit officer and told to report to the Lt's office.

27) Plaintiff went down the stairs and proceeded to the office which was located about 50 feet from the unit 37 Entrance.

(i) Trooper Costella from Troop G in Bridgeport CT said he would need to take a formal complaint and asked the Lt. Allen to give him a room in private with Plaintiff.

(ii) Plaintiff made a formal/written complaint and insisted on pressing charges for the assault that took place on October 6, 2016.

(iii) Trooper Costella said he would need to review the video camera evidence that was turned over to him and take statements from the other officers. first.

(iv) Plaintiff was permitted to returned to the housing unit 37b once the complaint was made.

(v) While walking upstairs to unit 37 b Officer McCarthy and Officer Doe #3 were standing on the steps preventing me from going upstairs. The officers begin calling plaintiff insulting names. "nigger and a snitch for calling the police on the officers. They threatened to hurt me in the future This lasted several minutes before they allowed plaintiff to pass up the stairs.

28) Plaintiff was in fear for his safety and when I got upstairs to the unit, I called the state police again to lodge a complaint. The tropper on the phone said "the state police will return shortly".

-18-

(i) Shortly after Plaintiff was again called down to the Lt's office and Trooper Doe was present and asked to speak with me in private.

(ii) This was not the same trooper who took the 1st complaint.

(iii) Trooper Doe said he was lodge my complaint but since its not PREA involved that he could not get involved with internal complaints against correctional staff, if Plaintiff felt in fear I should contact the higher admin.

(iv) Trooper Doe left and plaintiff returned back to unit 37b without further incident.

(v) Plaintiff again felt physically ill from fear and could not sleep. Plaintiff filed several grievances that were never responded to.

29) After a few days officer Rivera returned to the unit 3T and gave plaintiff menacing looks and harassed me.

(i) Plaintiff lodged another complaint.

(ii) Lt. Miranda met with plaintiff the next day and took another formal complaint against the officers for the harassment and agreed that their actions were contrary to the Doc policy.

(iii) Lt. Miranda said "he couldn't believe they still have me housed in the facility after everything I been through, and the assaults against me by staff

(iv) On October 25, 2016 Plaintiff was so afraid for his safety he contacted his Attorney on a 3 way call to seek help and inform him of the assaults His Attorney was not avail. Plaintiff recieved a charge.

-19-

30) On or about October 26, 2016 Plaintiff was transferred out of BCC for his safety. He was housed at New Haven Correctional Center (NHCC).

31) On or about November 5, 2016, Trooper Costella arrived at (NHCC) and requested to speak with Plaintiff. Plaintiff agreed to speak with the Defendant through the Lt at (NHCC).

32) Trooper Castella read plaintiff his Miranda rights and then suggested that I change my story and write a new statement alleging that the sexual assault never happened.

(i) The Defendant Stated "Yes they treated you like an animal in the video and you should be mad, but them touching your ass is not on camera, I didn't see that part, so that means it didn't happen; I will let you change your story and not charge you but warn you next time or we can let the courts decide."

(ii) The Defendant made several attempts to get me to change my story and visibly got angry when I refused.

(iii) Plaintiff told Defendant he would file 1 a complaint with the state police against Defendant for trying to coerce me into changing my story.

(iv) Defendant became hostile and said "you can get a copy of the police report and pick it up when you get out of Jail"!!!

(v) That was the last time Plaintiff seen or heard from Defendant. Plaintiff called Troop G to reach Defendant several times and left him a message. Plaintiff was told by the clerk the police report was not processed.

# MEDICAL ISSUES

33) As a result of the herein complained of sexual/
physical assaults, excessive force and harrassment
Plaintiff was subjected to at BCC he experienced
severe emotional distress, anxiety, depression, extreme
emotional trauma, psychological trauma.

(i) Gilliam at times felt suicidal due to these events.

34) Plaintiff needed medical/mental health intervention
and is currently on psychological medication.

35) As a resulting of his involuntary banging of his head
on the wall and medal bench by officer Rivera,
Plaintiff sustained Nurological Damage. [Supra 12]

36) Although Nurse's Anne Marie and Nurse Jane Doe were
notified after Plaintiff's head injury and seizure, both
nurses ignored his plight.   [Supra 15]

37) Nurse's Anne Marie and Nurse Jane Doe, other UCCON
Health care officials routinely allow Correctional officials
to unduly influence and interfere with their decisions
to provide treatment to inmates, and the type of treatment.

(i) If an officer tells the nurse/health care provider
not to treat a particular inmate the provider defers
to custody staff, and will not treat the inmate
despite obvios need.

38) Nurse Anne Marie and Nurse Jane Doe allowed their
duty to care for plaintiff to be interferred with by
custody staff, because custody did not like the fact Plaintiff
was filing complaints/grievances [Supra 19, 20, 22] this
was part of the retalliation Plaintiff had to endure.

# CAUSES OF ACTION

39) Warden Black, Commissioner - Scott Semple, CT Department of Corrections, and UCCON Health maintained Policies/Practices that violates inmates Rights, ie Failure to adhere to PREA Laws and directives, and failed to adequetly train and supervise employees.

(i) Officers Rivera, Neave, John Does 1-10 and more Jane Does, McCarthy, Smudin, Finnucan, Gargano, Lieutenant Hernandez violated Plaintiff's 4th, 6th, 8th and 14th Amend Rights as well as protections under the Prison Rape Elimination Act (PREA), when they subjected Plaintiff, to repeated Acts of physical/ Sexual assault, abuse, excissive force, cruel and unsual punishment during a Strip search and harassment. Thus demonstrating deliberate indifference to Gilliam's living Conditions, present and future health and safety. [Supra para 2, 5, 14, 16, & 27]

(a) Defendants also knowingly and intentionally created a hostile living enviroment for Plaintiff when they incited prejudice and hostility against plaintiff while acting with deliberate indifference to plaintiff's safety, Defendants were aware of such risk and intended to place plaintiff in a Substantial Risk of Serious harm contrary to the 8th & 14th Amends, PREA and falls into the State Created Risk Doctrine/theory.

40) Trooper Costella, Lieutenant Allen, Lieutenant Bishop, Officers John Does 1-10 and more Jane Does, violated Plaintiffs 6th, 8th & 14th Amend Rights as well as PREA by acting as Co-Conspirators and/or agents of defendants Officer Rivera, Officer Neave, Officer Finnucan, officer Smudin, officer Gargano, Officer McCarthy, and Officers John Does 1-10 and more Jane Does retalliated against Plaintiff for lodging complaints regarding the physical/sexual assaults, abuse and harassment,

and interffered with Plaintiff's ability to access the
Courts when those Defendants took numerous steps to
block Plaintiffs ability to exhaust Administrative remedies,
thus demonostrating deliberate indifference to Plaintiff's
health and safety, Inter Alia.

(i) Defendants also demonstrated deliberate indifference to
Plaintiff's current and future health and safety when
they interfered with and restricted medical needs and
necessary medical care and treatment.

41) Defendants Warden Black, Connecticut state Police,
Connecticut Department of Corrections, Commissioner. Scott
Semple, UCcon Health violated plaintiffs 8th and 14th Amend
Rights when they failed to monitor, and supervise employees,
thus exhibiting deliberate indifference to plaintiffs health and
safety.

## RELIEF

42) Plaintiff seeks the following Damages for those claims
Sounding in Federal LAW =

(i) Compensatory Damages $
(ii) Punitive Damages $

43) Plaintiff seeks the following Damages for those claims
Sounding in State LAW =

(i) Compensatory Damages $
(ii) Punitive Damages $

-23-

# VERIFICATION

I Derrick D. Gilliam - Petioner in the herein
42 U.S.C. § 1983 Complaint hereby verify that the
Statements made in here are true and/or base upon
information and belief As I believe it to be true.

# CERTIFICATION

I Certify these Statements are true and understand
any willfully false statements may subject me to punishment.

Dated: 1-3-19

Derrick D. Gilliam